**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

NEARSHORE CALL CENTER SERVICES,

Plaintiff,

v.

EDISON RESPONSE, LLC,

Defendant.

Case No. AMD-08-CV-439

**MOTION FOR WITHDRAWAL OF APPEARANCE**

In accordance with Local Rule of Civil Procedure 101(2)(b), Christopher T. Koegel and Manatt, Phelps & Phillips, LLP hereby request leave of Court to withdraw their appearance as counsel for Defendant Edison Response, LLC. In support thereof, Mr. Koegel certifies that:

1. As of July 15, 2009, Mr. Koegel will no longer be employed by Manatt, Phelps & Phillips, LLP and will begin working for the Federal Trade Commission beginning on July 20, 2009.

2. The name and last known address of the client is Edison Response, LLC, 7000 Security Boulevard, Baltimore, MD 21244.

3. Written notice advising Edison Response, LLC of counsel's proposed withdrawal was mailed and e-mailed to Edison Response on July 7, 2009, more than 5 days before the date of this Motion. The written notice notified Edison Response that it must have new counsel enter an appearance or be subject to dismissal of its claims and/or default judgment on claims against it.

4. Withdrawing counsel has fully complied with the requirements of Local Rule 101(2)(b).

WHEREFORE, Christopher T. Koegel and Manatt, Phelps & Phillips, LLP request that this Court grant its Motion for Withdrawal of Appearance as counsel for Edison Response, LLC.

Dated: July 14, 2009

__/s/ Christopher T. Koegel_____________

Christopher T. Koegel
Maryland Federal Bar No. 28810
MANATT, PHELPS & PHILLIPS, LLP
700 12th Street, N.W., Suite 1100
Washington, DC 20005
Telephone: (202) 585-6500
Facsimile: (202) 585-6600
Email: ckoegel@manatt.com

*Counsel for Defendant Edison Response, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of July, 2009, copies of the foregoing Motion for Withdrawal of Appearance, and proposed Order were served by electronic mail (via CM/ECF) upon all counsel of record.

__/s/ Christopher T. Koegel___________
Christopher T. Koegel

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

NEARSHORE CALL CENTER SERVICES,

Plaintiff,

v.

EDISON RESPONSE, LLC,

Defendant.

Case No. AMD-08-CV-439

**ORDER**

Upon consideration of the Motion for Withdrawal of Appearance, filed by Christopher T. Koegel and Manatt, Phelps & Phillips, LLP in accordance with Local Rule of Civil Procedure 101(2)(b), it is this ______ day of ________________________, 2009, hereby:

**ORDERED**, that the Motion for Withdrawal of Appearance is GRANTED; and it is further

**ORDERED,** that the appearance of Christopher T. Koegel and Manatt, Phelps & Phillips, LLP as counsel for Edison Response, LLC is hereby withdrawn.

_________________________________
Judge, United States District Court for the District of Maryland