IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NEARSHORE CALL CENTER SERVICES, | * | |
| | * | |
| Plaintiff, | | Case No. AMD-08-439 |
| v. | * | |
| EDISON RESPONSE, LLC d/b/a/ BLUE HIPPO | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Plaintiff Nearshore Call Center Services has filed a Motion to Request Reinstatement of the Briefing Schedule on the Motion to Quash Writ of Execution, Paper No. 64. Defendant Edison Response, LLC has not filed a Response and the time under D. Md. Local Rule 105(2)(a) for doing so has passed. Accordingly, the Plaintiff's Motion is GRANTED.

The Court will reinstate the briefing schedule on the Motion to Quash the Writ of Execution. The Defendant and/or its related companies are ordered to file their Motion to Quash the Writ of Execution within two business days or otherwise forfeit any objection to the Writ and subject itself to the immediate sale and/or disposal of the property listed on the United States Marshal Service's Seized Property and Evidence Register ("Register"), Pl.'s Mot., Ex. A, Paper No. 64-2. Further, the Plaintiff will be reimbursed by the Defendant for any reasonable attorney's fees and U.S. Marshal fees incurred by the Plaintiff for any subsequent visit to the property listed in the Register.

Dated: August 31, 2009                                    _____/S/_____
                                                          Paul W. Grimm
                                                          United States Magistrate Judge