UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
PAUL W. GRIMM
CHIEF MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4560
(410) 962-3630 FAX

September 15, 2009

RE: *Nearshore Call Center Services v. Edison Response, LLC*
    AMD-08-0439

## LETTER ORDER

Dear Counsel:

In its Order of August 31, 2009, Paper No. 65, this Court ordered Edison Response, LLC, Defendant, and/or its related companies to file their Motion to Quash the Writ of Execution within two business days or otherwise forfeit any objection to the Writ and subject the Defendant to the immediate sale and/or disposal of the property listed on the United States Marshal Service's Seized Property and Evidence Register, Pl.'s Mot., Ex. A, Paper No. 64-2. Because the Defendant and its related companies have failed to file a Motion to Quash the Writ of Execution, any objection thereto is forfeited, and the Writ of Execution may proceed.

Although informal, this is an Order of the Court and shall be docketed as such.

_____ /S/_____
Paul W. Grimm
United States Magistrate Judge

lmy